AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.

    Plaintiffs,

V.

FOUR SEASONS HEATING &
COOLING, INC., an Illinois corporation and
DAWN FRANCO, individually

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08CV306**
ASSIGNED JUDGE: **JUDGE KENDALL**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE ASHMAN**

TO: (Name and address of Defendant)

**DAWN FRANCO
56 EAST END DRIVE
GILBERTS, IL 60136**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Philip Brzozowski
Arnold and Kadjan
19 West Jackson Blvd. Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
by: DEPUTY CLERK

DATE: JAN 14 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | Process Server 3/4/08 @ 12:00 pm |
| NAME OF SERVER *(PRINT)* Brian Riebel | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Dawn Franco at lawfirm of Myler, Ruddy + McTavish 105 E. Galena Blvd, Aurora IL (W/F, 42, blond hair, 5'6" 250 lbs)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/4/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.