**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>FOUR SEASONS HEATING &, COOLING, INC., an Illinois Corporation, and DAWN FRANCO, individually,<br><br>    Defendants. | ) ) ) ) ) ) ) No. 08 C 306 ) ) Judge Kendall ) ) Magistrate Judge Ashman ) ) ) ) ) ) ) ) |

### AFFIDAVIT

I, Olga Kane, being first duly sworn on oath, depose and state as follows:

1. I am employed at the law firm of Arnold and Kadjan

2. One of my duties is to monitor all contractors paying delinquent fringe benefits on Installment programs.

3. This process includes receiving and accounting for all note payments thereon and computing a running tally of remaining balances for each contractor. (See copy of ledger attached hereto as Exhibit "A")

4. A copy of the Installment Note that Four Seasons Heating & Cooling, Inc., an Illinois corporation and Dawn Franco, individually, have been making payments pursuant to is attached hereto as Exhibit "B".

5. The Installment Note is currently in default because the last payment made was for the installment due on December 1, 2007. Such payment was received on November 30, 2007. No payments have been received since the November 30, 2007 payment.

6. The amount still due on the Installment Note is $27,841.14.

7. Affiant is currently not suffering from any infirmities and is competent to testify to the facts set forth herein.

FURTHER AFFIANT SAYETH NOT.

_____
Olga Kane

**SUBSCRIBED AND SWORN TO**
before me this 28th day
of March 2008

_____
Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

**EXHIBIT A**

Four Seasons Heating        5093-285        Plumbers 501
56 East End Drive
Gilberts, IL 60136                          AMF
Telephone No.
Dawn J. Franco

Owe: Principal $52,307.08   Interest$3,375.20   Total Due $55,682.28
balance, liquidated damages, audit costs & attorneys fees & costs on audit 02/03 - 03/06

$55,682.28

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | | BALANCE |
|---|---|---|---|---|---|---|
| 04/01/07 | $3,093.46 | 4/11/2007 | $3,093.46 | 37301 | | 52,588.82 |
| 05/01/07 | $3,093.46 | 4/27/2007 | $3,093.46 | 37388 | B | 49,495.36 |
| 06/01/07 | $3,093.46 | 5/30/2007 | 3,093.46 | 37553 | B | 46,401.90 |
| 07/01/07 | $3,093.46 | 7/5/2007 | 3,093.46 | 37684 | B | 43,308.44 |
| 08/01/07 | $3,093.46 | 8/3/2007 | 3,093.46 | 37873 | B | 40,214.98 |
| 09/01/07 | $3,093.46 | 9/6/2007 | 3,093.46 | 37972 | B | 37,121.52 |
| 10/01/07 | $3,093.46 | 10/3/2007 | 3,093.46 | 37095 | B | 34,028.06 |
| 11/01/07 | $3,093.46 | 11/27/2007 | 3,093.46 | 37250 | | 30,934.60 |
| 12/01/07 | $3,093.46 | 11/30/2007 | 3,093.46 | 37308 | | 27,841.14 |
| 01/01/08 | $3,093.46 | | | | | 27,841.14 |
| 02/01/08 | $3,093.46 | | | | | 27,841.14 |
| 03/01/08 | $3,093.46 | | | | | 27,841.14 |
| 04/01/08 | $3,093.46 | | | | | 27,841.14 |
| 05/01/08 | $3,093.46 | | | | | 27,841.14 |
| 06/01/08 | $3,093.46 | | | | | 27,841.14 |
| 07/01/08 | $3,093.46 | | | | | 27,841.14 |
| 08/01/08 | $3,093.46 | | | | | 27,841.14 |
| 09/01/08 | $3,093.46 | | | | | 27,841.14 |

**EXHIBIT B**

Case 1:08-cv-00306   Document 10-2   Filed 03/28/2008   Page 6 of 7

## INSTALLMENT NOTE

<u>$55,682.28 Principal and Interest</u>             March 1, 2007

    For Value Received, the undersigned promises to pay to the order of <u>Northern Illinois Benefit Funds</u> the principal sum of <u>Fifty Two Thousand Three Hundred Seven 08/100 ($52,307.08)</u> Dollars.

Payable in installments as follows:

<u>Three Thousand Ninety Three 46/100 ($3,093.46)</u> Dollars on the <u>1st</u> day of <u>April, 2007</u>. <u>Three Thousand Ninety Three 46/100 ($3,093.46)</u> Dollars on the <u>1st</u> day of each month beginning on the <u>1st</u> day of <u>May, 2007</u> and for <u>15</u> month(s) succeeding, and a final payment of <u>Three Thousand Ninety Three 46/100 ($3,093.46)</u> Dollars on the <u>1st</u> day of <u>September, 2008</u> with interest on the balance of principal remaining from time to time unpaid at the rate of <u>8%</u> per cent per annum, payable on the due dates for installments of principal as aforesaid. There is a six (6) day grace period. Any payment received after the 7th day of the month for which it is due (regardless of weekends or holiday) will be in default.

    All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of <u>18</u> per cent per annum. Payments of both principal and interest shall be made at <u>ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958</u> or such other place as the legal holder hereof may from time to time in writing appoint.

    The payment of this Note is secured by a Security Agreement in the nature of a chattel mortgage, bearing even date herewith, from the undersigned to_____
on personal property_____
_____
in the County of _____, Illinois. The undersigned's residence (chief place of business) is at
_____, Illinois.

    The undersigned is to remain current in the above-payments during the term of this note. The undersigned is also to remain current in its/his/her monthly contributions to the Fund during the term of this note. Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

    At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment of principal or interest, or any portion thereof, in accordance with the terms hereof or in case of default as defined in said Security Agreement. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

    The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

    If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

    All parties hereto severally waive presentment for payment, notice of dishonor and protest.

_____      _____
Dawn J. Franco, President                                 Dawn J. Franco, Individually
Four Seasons Heating & Cooling, Inc.