## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Board of Trustees of the Northern Illinois Benefit
Fund, et al.

                                Plaintiff,

v.                                      Case No.: 1:08−cv−00306

                                      Honorable Virginia M. Kendall

Dawn Franco, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Motion hearing held. Plaintiff's Motion for Order of Default Judgment [10] is granted in part. Plaintiff's oral motion to dismiss defendant Four Seasons Heating & Cooling, Inc. is granted, Defendant terminated. Plaintiff shall submit a proposed order of default judgment as to defendant Dawn Franco only. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.