IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DAWN FRANCO, individually,<br><br>Defendants. | ) ) ) ) ) ) ) No. 08 C 306 ) ) Judge Kendall ) ) Magistrate Judge Ashman ) ) ) ) ) ) ) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment is entered in favor of Plaintiffs and against Defendant, DAWN FRANCO, individually, in the sum of $30,947.39 which consists of the unpaid balance of a defaulted installment note and attorneys' fees and costs incurred in attempting to collect amounts due Plaintiffs, per the affidavit of Philip Brzozowski.

2. This is a final and appealable order.

DATED: 4/25/08

Virginia M. Kendall, U.S. District Judge