# United States District Court
## Northern District of Illinois
### Eastern Division

Board of Trustees of the Northern I　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　　　Case Number: 08 C 306

Four Seasons Heating & Cooling, Inc

☐　　Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■　　Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment by default is hereby entered in favor of Plaintiffs Board of Trustees of the Northern Illinois Benefit Fund, Board of Trustees of the Northern Illinois Pension Fund, Board of Trustees of the Northern Illinois Education Fund, Board of Trustees of the Northern Illinois Retirement Fund and against defendant Dawn Franco in the sum of $30,947.39.  Civil case terminated.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 4/25/2008　　　　　　　　　　　　/s/ Ken Wood, Deputy Clerk